1    ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
2    E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
3    **KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
4    Las Vegas, Nevada 89145
Telephone: (702) 362-7800
5    Facsimile: (702) 362-9472
E-Mail: rcaldwell@klnevada.com
6            dkidd@klnevada.com

7    Attorneys for Defendants, CREDIT
ACCEPTANCE CORPORATION and CREDIT
8    ACCEPTANCE CORPORATION OF
NEVADA, INC.

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

\* \* \*

| | |
|---|---|
| DUANE CHRISTY on behalf of himself and all similarly situated persons,<br><br>           Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION, a Michigan corporation; CREDIT ACCEPTANCE CORPORATION OF NEVADA, INC., a Nevada corporation; DOE individuals 1 through 20, inclusive and ROE Corporations 1 through 20, inclusive,<br><br>           Defendants. | CASE NO. 2:11-cv-624-KJD-CWH<br><br>DEPT NO. |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the above-captioned action shall be dismissed with prejudice.

/ / /

/ / /

Each party shall bear his/their own attorney's fees and costs.

DATED this **30** day of August, 2011.

| | |
|---|---|
| **THE BOURASSA LAW GROUP, LLC** | **KOLESAR & LEATHAM** |
| By: /s/ Mark J. Bourassa | By /s/ Robert J. Caldwell |
| Mark J. Bourassa, Esq. | ROBERT J. CALDWELL, ESQ. |
| 3025 West Sahara Avenue | Nevada Bar No. 007637 |
| Suite 105 | E. DANIEL KIDD, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 010106 |
| | 400 South Rampart Boulevard, Suite 400 |
| *Attorneys for Plaintiff, Duane Christy* | Las Vegas, Nevada 89145 |
| | Attorneys for Defendants, CREDIT ACCEPTANCE CORPORATION and CREDIT ACCEPTANCE CORPORATION OF NEVADA, INC. |

## ORDER

IT IS SO ORDERED.

DATED: 9/8/11 , 2011.

_____
U.S. DISTRICT COURT JUDGE